LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
STRATEGIC BULK CARRIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STRATEGIC BULK CARRIERS,

                  ECF CASE

         Plaintiff,

  - against -                08 Civ.

JSC BELARUSSIAN SHIPPING COMPANY
a/k/a JOINT STOCK COMPANY BELARUSSIAN
SHIPPING COMPANY a/k/a BELARUSSIAN
SHIPPING COMPANY a/k/a BELORUSSIAN SHIPPING
COMPANY a/k/a BELARUSIAN SHIPPING CO.;
LAKEPARK EXPERTS LIMITED; PRIMETRANS
UNIVERSAL, INC.; EURASIA SHIPPING AND PORT
SERVICES LLP,



         Defendants.
------------------------------------------------------------------X

### RULE 7.1 DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Jon Werner, a member of the Bar of this Court and an attorney with the firm of Lyons & Flood, LLP, attorneys for plaintiff STRATEGIC BULK CARRIERS, certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: April 25, 2008

                              LYONS & FLOOD, LLP
                              Attorneys for Plaintiff
                              STRATEGIC BULK CARRIERS

By: _____
     Jon Werner (JW-5000)
     Kirk M. Lyons (KL-1568)
     65 West 36th Street, 7th Floor
     New York, New York 10018
     (212) 594-2400

U:\kmhldocs\2502025\Legal\Rule 7.1.doc