# LYONS & FLOOD, LLP
### ATTORNEYS AT LAW
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

JON WERNER
E-Mail: jwerner@lyons-flood.com
ADMITTED IN NEW YORK,
NEW JERSEY

JUN 17 2008

June 17, 2008

**VIA TELEFAX**    (212) 805-7912

Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

Re: Strategic Bulk Carriers v. JSC Belarussian Shipping Co., et al.
08 Civ. 3903 (JGK)
Our file: 2502025

Dear Judge Koeltl:

*[Handwritten note: Conference adjourned to July 24, 2008 at 4:30 P.M. SO ORDERED 6/17/08 U.S.D.J.]*

We are attorneys for plaintiff in this Rule B attachment action. Between May 7, 2008, and May 20, 2008, garnishees HSBC Bank USA N.A. and Citibank N.A. have attached a total of $192,949.92 in funds as security for plaintiff's claims.

The parties have now consented to have the funds currently under attachment released to be held in escrow, pending settlement of this action. Thus, we request that Your Honor issue the enclosed Stipulation and Turn Over Order directing the garnishees to release the funds under attachment per instructions to be provided by the undersigned.

Additionally, in light of the imminent settlement of this action, counsel jointly request that the initial conference currently scheduled to take place tomorrow afternoon at 4:30 p.m., be adjourned for thirty (30) days.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435  FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL: (203) 661-2355  FAX: (203) 661-2577

We thank you for your attention to this matter.

            Respectfully yours,

            Lyons & Flood, LLP

            By: Jon Werner

enclosure

    **VIA EMAIL**      gwolfson@mahoneykeane.com

cc: Mahoney & Keane, LLP
   11 Hanover Square, Tenth Floor
   New York, New York 10005

   Attn: Garth S. Wolfson

U:\kmhldocs\2502025\Correspondence\Koeltl 01 ltr.doc